1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

FILED
CLERK, U.S. DISTRICT COURT

8/12/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ OMO _____ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JORGE ALEJANDRO ROJAS,

    Plaintiff,

    vs.

REAL ESTATE HEAVEN
INTERNATIONAL, INC, and PAUL
RAYMOND ARGUETA,

    Defendants.

Case No.:  2:22-cv-04136-MCS-AS

Honorable Mark C. Scarsi
Magistrate Judge Alka Sagar

**NOTICE OF SETTLEMENT**

Plaintiff, Jorge Alejandro Rojas, notifies this Court that a settlement has

been reached in this matter. The parties are working to finalize the execution of

the settlement, which is expected in the next thirty (30) calendar days. Upon

completion, Plaintiff will file a Notice of Voluntary Dismissal with prejudice.
NOTICE OF SETTLEMENT - 1

1    Respectfully submitted,

2    Dated: August 11, 2022              /s/ Jorge Alejandro Rojas
                                         JORGE ALEJANDRO ROJAS
3                                        Rojas.jorge96@gmail.com
                                         Plaintiff in Pro Se
4                                        557 Cambridge Way
                                         Bolingbrook, IL 60440
5                                        (424) 219-1582

6                        **CERTIFICATE OF SERVICE**

7        Plaintiff certifies that on the date of submitting this document to EDSS, he

8    sent a copy to counsel for Defendants via electronic mail, consent to do so which

9    was obtained.

10                                       /s/ Jorge Alejandro Rojas
                                         JORGE ALEJANDRO ROJAS
11

12

13

14

15

16

17

18

19

20

NOTICE OF SETTLEMENT - 2