1  Jorge Alejandro Rojas
   Rojas.jorge96@gmail.com
2  Plaintiff in Pro Se
   557 Cambridge Way
3  Bolingbrook, IL 60440
   (424) 219-1582
4

FILED
CLERK, U.S. DISTRICT COURT
8/19/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS, | Case No.: 2:22-cv-04136-MCS-AS |
| Plaintiff, | Honorable Mark C. Scarsi |
| vs. | Magistrate Judge Alka Sagar |
| REAL ESTATE HEAVEN INTERNATIONAL, INC, and PAUL RAYMOND ARGUETA, | **NOTICE OF VOLUNTARY DISMISSAL** |
| Defendants. | |

Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), dismisses this action with prejudice.

Respectfully submitted,

/ / /

NOTICE OF VOLUNTARY DISMISSAL - 1

Dated: August 19, 2022 　　　/s/ Jorge Alejandro Rojas
　　　　　　　　　　　　　　　JORGE ALEJANDRO ROJAS
　　　　　　　　　　　　　　　Rojas.jorge96@gmail.com
　　　　　　　　　　　　　　　Plaintiff in Pro Se
　　　　　　　　　　　　　　　557 Cambridge Way
　　　　　　　　　　　　　　　Bolingbrook, IL 60440
　　　　　　　　　　　　　　　(424) 219-1582

## **CERTIFICATE OF SERVICE**

Plaintiff certifies that on the date of submitting this document to EDSS, he sent a copy to counsel for Defendants via electronic mail, consent to do so which was obtained.

　　　　　　　　　　　　　　　/s/ Jorge Alejandro Rojas
　　　　　　　　　　　　　　　JORGE ALEJANDRO ROJAS

NOTICE OF VOLUNTARY DISMISSAL - 2